UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KELLI DUNKLEY, | |
| Plaintiff, | |
| v. | CAUSE NO. 1:22-cv-99 |
| MENARD, INC., | |
| Defendant. | |

## PETITION FOR REMOVAL OF ACTION

Defendant, Defendant, Menard, Inc. ("Menards"), by counsel, for its Petition for Removal of Action, states as follows:

1. On December 7, 2021, Plaintiff filed ther Complaint against Defendant in the Marion County Superior Court, Civil Division 13 of Indiana under Cause Number 49D13-2112-CT-40576.

2. In her Complaint, Plaintiff alleges that on October 17, 2021, she was an invitee on the Menards' premises when two rolls of carpet fell on her causing her injuries and damages.

3. Plaintiff alleges that she sustained damages as a result of the incident at a Menards' store.

4. Plaintiff is a citizen of the State of Indiana.

5. Defendant is incorporated under the laws of the State of Wisconsin with its principal place of business in Eau Claire, Wisconsin.

6. Defendant contends that this cause is removable under 28 U.S.C. § 1332 and none of the impediments to removal under 28 U.S.C. § 1445 are present in this action.

7.  Defendant certifies that to the best of its knowledge, information and belief, the amount in controversy exceeds Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs, as Plaintiff's Complaint has a prayer for damages including "medical expenses, lost wages, and other special expenses, for future medical expenses, lost wages, and other special expenses".

8.  Further, Defense counsel conferred with Plaintiff's counsel and Plaintiff's counsel confirmed that Plaintiff was unable to stipulate that Plaintiff's damages do not exceed $75,000.

9.  Defendant was served with Plaintiff's Complaint by certified mail on December 15, 2021.

10. This Petition for Removal is being filed with the Court within thirty (30) days after determining that the basis for diversity jurisdiction exists.

11. Copies of all pleadings filed in the state court action that are in the possession of Defendant are attached as "Exhibit A".

12. Contemporaneously, a written notice is being provided to all adverse parties and to the Clerk of the Marion County Superior Court, Civil Division 13 that this Petition of Removal is being filed in this Court.

**WHEREFORE**, Defendant, Menard, Inc., prays that the entire state court action pending in the Marion County Superior Court, Civil Division 13 of Indiana under Cause Number 49D13-2112-CT-40576, be removed to this Court for all further proceedings.

Dated:  January 14, 2022

          Respectfully submitted,

          KOPKA PINKUS DOLIN PC


          By: */s/   Jessica N. Hamilton*
              Jessica N. Hamilton, Atty No. 34268-71
              Leslie B. Pollie, Atty No. 25716-49
              Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

     I hereby certify that on January 14, 2022, the foregoing has been filed through the Court's ECF system and notice has been electronically served on all counsel of record.

Rom Byron
Ken Nunn Law Office
104 South Franklin Road
Bloomington, IN  47404


           */s/   Jessica N. Hamilton*


KOPKA PINKUS DOLIN PC
550 Congressional Boulevard
Suite 310
Carmel, IN 46032
(317) 818-1360 | office
(317) 818-1390 | fax
jnhamilton@kopkalaw.com