> This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

# Kelli Dunkley v. Menard, Inc.

| Case Number | 49D13-2112-CT-040576 |
|---|---|
| Court | Marion Superior Court 13 |
| Type | CT - Civil Tort |
| Filed | 12/07/2021 |
| Status | 12/07/2021 , Pending (active) |

## Parties to the Case

**Defendant   Menard, Inc.**

Address
c/o The Prentice-Hall Corporation System, Inc.
135 North Pennsylvania Street, Suite 1610
Indianapolis, IN 46204

Attorney
Jessica Nicole Hamilton
*#3426871, Retained*

550 Congressional Blvd.
Suite 310
Carmel, IN 46032
317-818-1360(W)

**Plaintiff       Dunkley, Kelli**

Attorney
Rom Byron
*#2126849, Retained*

Ken Nunn Law Office
104 Franklin Road
Bloomington, IN 47404
812-332-9451(W)

## Chronological Case Summary

| 12/07/2021 | **Case Opened as a New Filing** | |
|---|---|---|
| 12/08/2021 | **Complaint/Equivalent Pleading Filed** | |
| | Complaint for Damages | |
| | Filed By: | Dunkley, Kelli |
| | File Stamp: | 12/07/2021 |
| 12/08/2021 | **Appearance Filed** | |
| | Appearance | |
| | For Party: | Dunkley, Kelli |
| | File Stamp: | 12/07/2021 |

| 12/08/2021 | **Subpoena/Summons Filed** | | |
| --- | --- | --- | --- |
| | Summons to Menard, Inc. | | |
| | Filed By: | Dunkley, Kelli | |
| | File Stamp: | 12/07/2021 | |
| 12/22/2021 | **Service Returned Served (E-Filing)** | | |
| | Return of Service on Menard, Inc | | |
| | Filed By: | Dunkley, Kelli | |
| | File Stamp: | 12/22/2021 | |
| 01/03/2022 | **Appearance Filed** | | |
| | Appearance | | |
| | For Party: | Menard, Inc. | |
| | File Stamp: | 01/03/2022 | |
| 01/03/2022 | **Notice Filed** | | |
| | Notice of Auto EOT | | |
| | Filed By: | Menard, Inc. | |
| | File Stamp: | 01/03/2022 | |

## Financial Information

\* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

**Dunkley, Kelli**
Plaintiff

**Balance Due** (as of 01/14/2022)
0.00

### Charge Summary

| Description | Amount | Credit | Payment |
| --- | --- | --- | --- |
| Court Costs and Filing Fees | 157.00 | 0.00 | 157.00 |

### Transaction Summary

| Date | Description | Amount |
| --- | --- | --- |
| 12/08/2021 | Transaction Assessment | 157.00 |
| 12/08/2021 | Electronic Payment | (157.00) |

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO. |

KELLI DUNKLEY

    VS.

MENARD, INC.

## **COMPLAINT FOR DAMAGES**

    Comes now the plaintiff, Kelli Dunkley, by counsel, Ken Nunn Law Office, and for cause of action against the defendant, Menard, Inc., alleges and says:

    1.    That on or about October 17, 2021, the plaintiff, Kelli Dunkley, was a customer at the Menards store located at 6800 Pendleton Pike in Indianapolis, Marion County, Indiana.

    2.    That on or about October 17, 2021, the plaintiff, while exercising due care and caution for her own safety, was shopping at said store when suddenly two rolls of carpet fell onto plaintiff, causing plaintiff to suffer serious injuries.

    3.    That it was the duty of the defendant to use ordinary care and diligence to keep and maintain the said store in a condition reasonably safe for its intended uses and free from all defects and conditions which would render the store dangerous and unsafe for plaintiff, or present an unreasonable risk of harm to plaintiff in her lawful use of same.

    4.    That it was the duty of the defendant to exercise reasonable care to protect plaintiff, by inspection and other affirmative acts, from the danger of reasonably foreseeable injury occurring from reasonably foreseeable use of said store.

    5.    That it was the duty of the defendant to have available sufficient personnel and equipment to properly inspect and maintain the aforesaid store in a condition reasonably safe for plaintiff and free from defects and conditions rendering the store unsafe.

    6.    That it was the duty of the defendant to warn plaintiff of the dangerous and unsafe condition existing in said store.

    7.    That the defendant knew or should have known of the unreasonable risk of danger to the plaintiff but failed either to discover it or to correct it after discovery.

-2-

8. That the permanent injuries of plaintiff were caused by the negligence of the defendant who failed to utilize reasonable care in the inspection and maintenance of said store.

9. That the aforesaid acts of negligence on the part of the defendant were the proximate cause of the injuries sustained by the plaintiff.

10. That the plaintiff has incurred medical expenses, lost wages, and other special expenses, and will incur future medical expenses, lost wages, and other special expenses, as a direct and proximate result of defendant's negligence.

WHEREFORE, the plaintiff demands judgment against the defendant for permanent injuries in a reasonable amount to be determined at the trial of this cause, for medical expenses, lost wages, and other special expenses, for future medical expenses, lost wages, and other special expenses, court costs, and all other proper relief in the premises.

KEN NUNN LAW OFFICE


BY:   *s/ Rom Byron*
      Rom Byron, #21268-49
      KEN NUNN LAW OFFICE
      104 South Franklin Road
      Bloomington, IN  47404
      Phone: (812) 332-9451
      Fax: (812) 331-5321
      E-mail: romb@kennunn.com


**REQUEST FOR TRIAL BY JURY**

Comes now the plaintiff, by counsel, Ken Nunn Law Office, and requests that this matter be tried by jury pursuant to Trial Rule 38.

-3-

KEN NUNN LAW OFFICE

BY: *s/ Rom Byron*
Rom Byron, #21268-49
KEN NUNN LAW OFFICE
104 South Franklin Road
Bloomington, IN  47404
Phone: (812) 332-9451
Fax: (812) 331-5321
E-mail: romb@kennunn.com

Rom Byron, #21268-49
Ken Nunn Law Office
104 South Franklin Road
Bloomington, IN 47404
Telephone:  812-332-9451
Fax Number:   812-331-5321
Attorney for Plaintiff

# APPEARANCE FORM (CIVIL)
## Initiating Party

|   |   |   |
|---|---|---|
| | CAUSE NO: | |
| 1. | Name of first initiating party | Kelli Dunkley<br>1708 N Emerson Avenue<br>Indianapolis, IN  46218 |
| 2. | Telephone of pro se initiating party | NA |
| 3. | Attorney information (as applicable for service of process) | Rom Byron #21268-49<br>Ken Nunn Law Office<br>104 South Franklin Road<br>Bloomington, IN  47404<br>PHONE:      812 332-9451<br>FAX:           812 331-5321<br>Email:  rom@kennunn.com |
| 4. | Case type requested | CT (Civil Tort) |
| 5. | Will accept FAX service | YES |
| 6. | Are there related cases | NO |
| 7. | Additional information required by State or Local Rules | |
| Continuation of Item 1 (Names of initiating parties) | | NAME:<br>NAME: |
| Continuation of Item 3 (Attorney information as applicable for service of process) | | |

   s/Rom Byron
  Attorney-at-Law
  (Attorney information shown above.)

CIRCUIT/SUPERIOR COURTS FOR THE COUNTY OF MARION
STATE OF INDIANA
CITY COUNTY BUILDING, 200 E. WASHINGTON STREET
INDIANAPOLIS, INDIANA 46204
TELEPHONE 317 327-4740

Kelli Dunkley

                Plaintiff(s)

VS.   No. _____

Menard, Inc.

                Defendant(s)

## SUMMONS

The State of Indiana to Defendant: **Menard, Inc., c/o The Prentice-Hall Corporation System, Inc., 135 North Pennsylvania Street, Suite 1610, Indianapolis, IN 46204**

You have been sued by the person(s) named "plaintiff" in the court stated above.

The nature of the suit against you is stated in the complaint which is attached to this document. It also states the demand which the plaintiff has made and wants from you.

You must answer the complaint in writing, by you or your attorney, within Twenty (20) days, commencing the day after you receive this summons, or judgment will be entered against you for what the plaintiff has demanded. You have twenty-three (23) days to answer if this summons was received by mail. **Such Answer Must Be Made In Court.**

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Date: 12/8/2021

_____
CLERK, MARION CIRCUIT/SUPERIOR COURTS

ROM BYRON, #21268-49
ATTORNEY FOR PLAINTIFF
KEN NUNN LAW OFFICE
104 FRANKLIN ROAD
BLOOMINGTON, IN  47404

### ACKNOWLEDGEMENT OF SERVICE OF SUMMONS

A copy of the above summons and a copy of the complaint attached thereto were received by me at _____ this _____ day of _____, 2021.

_____
SIGNATURE OF DEFENDANT

PRAECIPE: I designate the following mode of service to be used by the Clerk.

XX    By certified or registered mail with return receipt to above address.

☐    By Sheriff delivering a copy of summons and complaint personally to defendant or by leaving a copy of the summons and complaint at his dwelling house or usual place of abode with some person of suitable age and discretion residing therein.

☐    By _____ delivering a copy of summons and complaint personally to defendant or by leaving a copy of the summons and complaint at his dwelling house or usual place of abode.

☐    By serving his agent as provided by rule, statute or valid agreement, to-wit:

KEN NUNN LAW OFFICE

BY:  *s/ ROM BYRON*
ATTORNEY FOR PLAINTIFF

CERTIFICATE OF MAILING: I certify that on the ___ day of _____, 2021, I mailed a copy of this summons and a copy of the complaint to each of the defendant(s) by (registered or certified mail requesting a return receipt signed by the addressee only, addressed to each of said defendant(s) at the address(es) furnished by plaintiff.

Dated this ___ day of _____, 2021.

_____
CLERK, MARION CIRCUIT/SUPERIOR COURTS

**RETURN OF SERVICE OF SUMMONS BY MAIL:** I hereby certify that service of summons with return receipt requested was mailed on the ___ day of _____, 2021, and that a copy of the return of receipt was received by me on the _____ day of _____, 2021, which copy is attached herewith.

_____
CLERK, MARION CIRCUIT/SUPERIOR COURTS

**CERTIFICATE OF CLERK OF SUMMONS NOT ACCEPTED BY MAIL:** I hereby certify that on the ___ day of _____, 2021, I mailed a copy of this summons and a copy of the complaint to the defendant(s) by (registered or certified) mail, and the same was returned without acceptance this ___ day of _____, 2021, and I did deliver said summons and a copy of the complaint to the Sheriff of MARION County, Indiana.

Dated this ___ day of _____, 2021.

_____
CLERK, MARION CIRCUIT/SUPERIOR COURTS

**RETURN OF SUMMONS:** This summons came to hand on the ___ day of _____, 2021, and I served the same on the ___ day of _____, 2021.
1. By mailing a copy of the summons and complaint personally to _____ address _____.
2. By delivering a copy of summons and complaint personally to _____.
3. By leaving a copy of the summons and complaint at _____ the dwelling house or usual place of abode of defendant: _____ (Name of Person) and by mailing by first class mail a copy of the summons on the ___ day of _____, 2021 to _____ his last known address.
4. By serving his agent as provided by rule, statute or valid agreement to-wit: _____.
5. Defendant cannot be found in my bailwick and summons was not served.

And I now return this writ this ___ day of _____, 2021.

_____
SHERIFF or DEPUTY

**RETURN ON SERVICE OF SUMMONS:** I hereby certify that I have served the within summons:
1. By delivery on the ___ day of _____, 2021 a copy of this summons and a copy of the complaint to each of the within named defendant(s) _____.
2. By leaving on the ___ day of _____, 2021 for each of the within named defendant(s) _____, a copy of the summons and a copy of the complaint at the respective dwelling house or usual place of abode with _____ a person of suitable age and discretion residing therein whose usual duties or activities include prompt communication of such information to the person served.
3. _____ and by mailing a copy of the summons without the complaint to _____ at _____ the last known address of defendant(s).

All done in MARION County, Indiana.

Fees: $_____                    _____
                                 SHERIFF or DEPUTY



Mailer: Ken Nunn Law Office

Date Produced: 12/20/2021

ConnectSuite Inc.:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 9403 8361 1575 51. Our records indicate that this item was delivered on 12/15/2021 at 09:39 a.m. in INDIANAPOLIS, IN 46204. The scanned image of the recipient information is provided below.

Signature of Recipient :



Address of Recipient :



Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

This USPS proof of delivery is linked to the customers mail piece information on file as shown below:

MENARD INC
C/O: THE PRENTICE-HALL CORPORATION SYSTEM INC
STE 1610
135 N PENNSYLVANIA ST
INDIANAPOLIS IN 46204-2448

Customer Reference Number:      C3108166.18051857

Return Reference Number           Kelli Dunkley

2

USPS MAIL PIECE TRACKING NUMBER:   420462049214890194038361157551
MAILING DATE:        12/10/2021
DELIVERED DATE:   12/15/2021
CUSTOM1:

MAIL PIECE DELIVERY INFORMATION:

MENARD INC
C/O: THE PRENTICE-HALL CORPORATION SYSTEM INC
STE 1610
135 N PENNSYLVANIA ST
INDIANAPOLIS IN 46204-2448

MAIL PIECE TRACKING EVENTS:

| Date/Time | Event | Location |
|---|---|---|
| 12/10/2021 09:07 | PRE-SHIPMENT INFO SENT  USPS AWAITS ITEM | BLOOMINGTON,IN 47404 |
| 12/10/2021 15:08 | PICKED UP | BLOOMINGTON,IN 47403 |
| 12/10/2021 17:21 | DEPART POST OFFICE | BLOOMINGTON,IN 47403 |
| 12/10/2021 22:59 | PROCESSED THROUGH USPS FACILITY | INDIANAPOLIS IN DISTRIBUTION CE 46206 |
| 12/12/2021 23:07 | PROCESSED THROUGH USPS FACILITY | INDIANAPOLIS IN DISTRIBUTION CE 46206 |
| 12/13/2021 16:12 | PROCESSED THROUGH USPS FACILITY | INDIANAPOLIS IN DISTRIBUTION CE 46206 |
| 12/15/2021 07:04 | ARRIVAL AT UNIT | INDIANAPOLIS,IN 46204 |
| 12/15/2021 07:15 | OUT FOR DELIVERY | INDIANAPOLIS,IN 46204 |
| 12/15/2021 09:39 | DELIVERED INDIVIDUAL PICKED UP AT USPS | INDIANAPOLIS,IN 46204 |

98943.21

| | |
|---|---|
| STATE OF INDIANA | IN MARION SUPERIOR COURT NO. 13 |
| COUNTY OF MARION | CAUSE NO.: 49D13-2112-CT-40576 |

KELLI DUNKLEY,

    Plaintiff,

v.

MENARD, INC.,

    Defendant.

## E-FILING APPEARANCE BY ATTORNEY UNDER TRIAL RULE 3.1

1.     The party on whose behalf this form is being filed is: Responding

The undersigned attorney and all attorneys listed on this form now appear in this case for the following parties:

**MENARD, INC.**

2.     Attorney information for service as required by Trial Rule 5(B)(2):

    Jessica N. Hamilton    Atty. No. 34268-71
    KOPKA PINKUS DOLIN PC    Telephone: 317-818-1360
    550 Congressional Blvd., Suite 310    Facsimile: 317-818-1390
    Carmel, IN 46032    Email: jnhamilton@kopkalaw.com

    Leslie B. Pollie    Atty. No. 25716-49
    KOPKA PINKUS DOLIN PC    Telephone: 317-818-1360
    550 Congressional Blvd., Suite 310    Facsimile: 317-818-1390
    Carmel, IN 46032    Email: lbpollie@kopkalaw.com

**IMPORTANT**: Each attorney specified on this appearance:

(a)     certifies that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;

(b)     acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys regardless of the

1

        contact information listed above for the attorney; and

(c)    understands that he/she is solely responsible for keeping his/her Roll of Attorneys contact information current and accurate, see Ind. Admis. Disc. R. 2(A).

3.    This is a civil tort case type as defined in administrative Rule 8(B)(3)

4.    I will accept service by:
Fax at the above noted number:  NO
Email at the above noted address:  YES

5.    This case involves child support issues:  NO

6.    This case involves a protection from abuse order, a workplace violence restraining order, or a no-contact order:  NO

7.    This case involves a petition for involuntary commitment:  NO

8.    Are there related cases:  NO

9.    Additional information required by local rule:  NONE

10.    Are there other party members:  NO

11.    This form has been served on all other parties and Certificate of Service is attached:  YES

Respectfully Submitted,

KOPKA PINKUS DOLIN PC

By:    */s/ Jessica N. Hamilton*
     Jessica N. Hamilton (#34268-71)
     Attorney for Menard, Inc.

## CERTIFICATE OF SERVICE

      I hereby certify that on the 3rd day of January, 2022, I electronically filed the foregoing document using the Indiana E-Filing System (IEFS). I further certify that the following persons were served on the same date using the IEFS:

Rom Byron
Ken Nunn Law Office
104 South Franklin Rd.
Bloomington, IN  47404

                                                      */s/ Jessica N. Hamilton*

KOPKA PINKUS DOLIN PC
550 Congressional Blvd.
Suite 310
Carmel, IN  46032
Tel:    (317) 818-1360
Fax:   (317) 818-1390
Email: jnhamilton@kopkalaw.com

98943.23

| | |
|---|---|
| STATE OF INDIANA | IN MARION SUPERIOR COURT NO. 13 |
| COUNTY OF MARION | CAUSE NO.: 49D13-2112-CT-40576 |

KELLI DUNKLEY,

    Plaintiff,

v.

MENARD, INC.,

    Defendant.

## **DEFENDANT'S NOTICE OF AUTOMATIC ENLARGEMENT OF TIME**

Defendant, Menard, Inc., by counsel, Jessica N. Hamilton and Kopka Pinkus Dolin PC, respectfully moves the Court for an automatic enlargement of time to respond to Plaintiff's Complaint, pursuant to Ind. Trial Rule 6(B)(1) and Marion Circuit and Superior Courts Civil Rule 203(D), and states:

1. That no prior extensions have been requested.

2. On information and belief, Defendant was notified of Plaintiff's claim on December 15, 2021, and its responsive pleading would be due on January 7, 2022, which has not yet passed.

3. The date to which said extension of time would automatically extend is February 7, 2022.

4. That such extension of time is necessary for Defendant's attorney to properly investigate the allegations in the Plaintiff's Complaint in order to adequately respond to the Plaintiff's Complaint.

WHEREFORE, Defendant, Menard, Inc., by counsel, files its Notice of Automatic Enlargement of Time of 30 days, up to and including February 7, 2022.

Respectfully Submitted,

KOPKA PINKUS DOLIN PC

By: */s/ Jessica N. Hamilton*
    Jessica N. Hamilton (#34268-71)
    Attorney for Menard, Inc.

CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of January, 2022, I electronically filed the foregoing document using the Indiana E-Filing System (IEFS). I further certify that the following persons were served on the same date using the IEFS:

Rom Byron
Ken Nunn Law Office
104 South Franklin Rd.
Bloomington, IN  47404

    */s/ Jessica N. Hamilton*

KOPKA PINKUS DOLIN PC
550 Congressional Blvd.
Suite 310
Carmel, IN  46032
Tel:    (317) 818-1360
Fax:    (317) 818-1390
Email: jnhamilton@kopkalaw.com

2