UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

KELLI DUNKLEY,

     Plaintiff,

     v.

MENARD, INC.,

     Defendant.

CAUSE NO. 1:22-cv-00099-JRS-MJD

### STIPULATION OF DISMISSAL

The parties of record, by their respective counsel, show the Court that all claims against the Defendant, Menard, Inc., have been amicably adjusted by the parties. The parties now move the Court to dismiss this cause of action in its entirety against Defendant, Menard, Inc. The parties stipulate to the entry of an order of dismissal with prejudice. Each party to bear its own costs.

| | |
|---|---|
| /s/ Rom Byron | /s/ Jennifer M. Carpenter |
| Rom Byron (#21268-49) | Jennifer M. Carpenter (#35181-71) |
| KEN NUNN LAW OFFICE | KOPKA PINKUS DOLIN PC |
| 104 South Franklin Road | 9801 Connecticut Drive |
| Bloomington, IN 47404 | Crown Point, IN 46307 |
| *Attorney for Plaintiff* | *Attorney for Defendant* |